I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 3.5.14
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEODEGARIO GUTIERREZ, | Case No. EDCV 13-1676-TJH (RNB) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| AUDREY KING, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//

1

1  IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is
2  granted; (2) petitioner's Motion for Leave to Amend is denied; and (3) Judgment be
3  entered dismissing this action with prejudice.

5  DATED: March 4, 2014

                                                           _____
                                                           TERRY J. HATTER, JR.
                                                           UNITED STATES DISTRICT JUDGE