I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.5.14

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEODEGARIO GUTIERREZ,<br><br>Petitioner,<br><br>vs.<br><br>AUDREY KING, et al.,<br><br>Respondents. | Case No. EDCV 13-1676-TJH (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 4, 2014

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE